ACCEPTED
01-14-00707-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 1:50:28 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00707-CV

IN THE

1st COURT OF APPEALS

at HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/15/2015 1:50:28 PM

CHRISTOPHER A. PRINE
Clerk

---

MARINECORP INTERNATIONAL, LTD.
Appellant,
v.
THE CHOPPER GROUP, LLC, *ET AL.*,
Appellee.

---

Appealed from the 80th Judicial District Court of
Harris County, Texas, Trial Court Cause No. 2012-23983

---

## APPELLANT'S MOTION TO REINSTATE

---

**THE STROTHER LAW FIRM**

Macon D. Strother
Texas Bar No. 19420000
4306 Yoakum Blvd, Suite 560
Houston, Texas 77006
Tel. (713) 557-9238
mstrother@strotherlawfirm.com

ATTORNEY FOR APPELLANT,

MARINECORP INTERNATIONAL, LTD.

| | | |
|---|---|---|
| MARINECORP INTERNATIONAL, LTD., | § | IN THE FIRST |
| Appellant, | § | |
| | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| THE CHOPPER GROUP, LLC, ET AL., | § | |
| Appellee. | § | HOUSTON, TEXAS |

## APPELLANT'S MOTION TO REINSTATE

Appellant, Marinecorp International, Ltd. is prepared to file its Appellate Brief. Appellant accordingly asks the Court to remove this matter from abatement status and reinstate so that Appellant may move forward with filing its brief.

### PRAYER

For these reasons Appellant asks the Court to reinstate this matter.

Respectfully submitted,

THE STROTHER LAW FIRM

MACON D. STROTHER
State Bar of Texas #19420000
4306 Yoakum Blvd., Suite 560
Houston, Texas 77006
(713) 557-9238
mstrother@strotherlawfirm.com
ATTORNEY FOR APPELLANT, MARINECORP
INTERNATIONAL, LTD.

## Certificate of Service

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that on September 15, 2015, I served a copy of Appellant's Motion to Reinstate to the attorneys listed below by electronic service, and that the electronic transmissions were reported as complete. My email address is mstrother@strotherlawfirm.com.

Mr. Brock C. Akers
The Akers Firm
3401 Allen Parkway, Suite 101
Houston, Texas 77019
Telephone 713-877-2500      Facsimile 713-583-8662
Email bca@akersfirm.com
*Attorney for Appellees, The Chopper Group, LLC;*
*Backwoods Country Club, LLC; and Tony Miller*


Mr. Stephen R. Cochell
The Cochell Law Firm, P.C.
5555 West Loop South, Ste. 200
Bellaire, Texas 77401
Telephone 832-767-1065      Facsimile 832-767-1686
Email srcochell@gmail.com
*Attorney for Appellee Kyle Tones*


By:

_____ personal delivery

_____ mail

_____ commercial delivery service

_____ fax

_X__ email

_____
MACON D. STROTHER